**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DUNGER, | CV 18-6374 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's June 3, 2019 Minute Order granting the Motion for Summary Judgment filed by defendant Union Pacific Railroad Company ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff Thomas Dunger ("Plaintiff"); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: June 3, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE